# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL MILLER-GARCIA,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**AVANI MEDIA, LLC, ET AL.,**<br><br>Defendants**.** | CASE NO. 19-cv-04130-YGR<br><br>**ORDER DENYING PENDING MOTION TO DISMISS AS MOOT; DISMISSING DEFENDANT MEKENNA OLSEN**<br><br>Re: Dkt. No. 44 |

In light of the filing of plaintiff's Notice of Voluntary Dismissal of Mekenna Olsen (Dkt. No. 48), Olsen's motion to dismiss (Dkt. No. 44) is **DENIED AS MOOT**.

Defendant Mekenna Olsen is **DISMISSED WITH PREJUDICE**.

This order terminates Docket No. 44.

**IT IS SO ORDERED.**

Dated: April 9, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**