1  ROBERT J. ROMERO (SBN 136539)
   rromero@hinshawlaw.com
2  SUSAN F. DENT (SBN 292900)
   sdent@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
4  San Francisco, CA 94111
   Telephone:    415-362-6000
5  Facsimile:    415-834-9070

6  DAVID GEVERTZ (*appearing Pro Hac Vice*)
   dgevertz@bakerdonelson.com
7  CLINT CROSBY (*appearing Pro Hac Vice*)
   ccrosby@bakerdonelson.com
8  BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
   3414 Peachtree Road, N.E., Suite 1500
9  Atlanta, GA 30326
   Telephone:    404-577-6000
10 Facsimile:    678-406-8810

11 Attorneys for Defendants AVANI MEDIA, LLC and
   THE 615 MEDIA GROUP, LLC .
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16 | RACHEL MILLER-GARCIA,              ) Case No. 19cv4130 YGR
                                        )
17 |         Plaintiff,                 ) [~~PROPOSED~~] **FIRST AMENDED CASE**
                                        ) **MANAGEMENT AND PRETRIAL**
18 |    vs.                             ) **ORDER**
                                        )
19 | AVANI MEDIA, LLC; THE 615 MEDIA    )
     GROUP, LLC, et al.,                )
20                                      )
             Defendants.                )
21

22 //

23 //

24 //

25 //

26 //

27 //

28 //

                                    1
FIRST AMENDED CASE MANAGEMENT AND PRETRIAL ORDER- CASE NO. 19CV4130
                                                             YGR

The Court hereby sets the following first amended trial and pretrial dates, hereby superseding this Court's March 03, 2020 Pretrial Order:

**FIRST AMENDED PRETRIAL SCHEDULE**

| Deadline | First Amended Date |
|---|---|
| **Case Management Conference** | Monday, December 21, 2020, at 2:00PM |
| **Private Mediation Completion** | June 15, 2020 |
| **Last Day to Join Parties or Amend Pleadings** | Court Approval and Good Cause by Motions under FRCP 16(b)(4) |
| **Non-Expert Discovery Cutoff** | November 16, 2020 |
| **Disclosure of Expert Reports (Required to Provide Written Reports Compliant with FRCP 26(A)(2)(B))** | Opening: November 23, 2020<br>Rebuttal: December 7, 2020 |
| **Expert Discovery Cutoff** | December 21, 2020 |
| **Dispositive Motions/Daubert Motions to be Heard By:** | February 17, 2021<br>[filed January 13, 2021] |
| **Compliance Hearing** | May 21, 2021 at 9:01 AM |
| **Joint Pretrial Conference Statement** | May 28, 2021 |
| **Pretrial Conference** | June 11, 2021 |
| **Trial Date and Length** | Monday, June 28, 2021 at 8:30AM for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on **Friday, May 21, 2021** at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.

The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions. The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE