UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL MILLER-GARCIA,**<br>Plaintiff,<br>vs.<br>**AVANI MEDIA, LLC, ET AL.,**<br>Defendants. | CASE NO. 19-cv-04130-YGR<br><br>**ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO EXTEND DEADLINE (DKT. NO. 81); GRANTING IN PART DISCOVERY REQUESTS (DKT. NO. 82); STRIKING IMPROPER SECOND DISCOVERY LETTER (DKT. NO. 83)** |

By notice issued March 8, 2021 at the request of the parties, the Court set a summary judgment prefiling conference for Friday, March 12, 2021, at 11:30 a.m.

Thereafter, on March 10, 2021, the parties filed their Joint Administrative Motion to Extend the Date by Which Dispositive Motions Must be Heard.  (Dkt. No. 81.)

The Court conducted a conference on March 12, 2021 at 11:30 a.m. with counsel for plaintiff, Rebecca Coll, and counsel for defendants, David Gevertz, via the Zoom videoconference platform.  While that conference was underway, the parties further filed a joint discovery letter brief setting forth two categories of disputes.  (Dkt. Nos. 82.)  The Court heard the parties' arguments with respect to the discovery disputes during the course of the March 12 conference.[1]

As stated on the record, the Court **ORDERS** as follows:

1.  The Motion to extend the date for hearing dispositive motions is **GRANTED IN PART**: dispositive motions must be filed by March 23, 2021 and set for hearing by **APRIL 27,**

---

[1] The parties filed a second joint discovery letter at 12:00 p.m. on March 12, 2021.  (Dkt. No. 83.)  As that second joint discovery letter was filed in contravention of the Court's Standing Order on Civil Cases, ¶ 8(b), the Court **STRIKES** the filing.

**2021**.

2. With respect to the discovery disputes outlined in the letter brief at Dkt. No. 82, and as stated on the record:

   a. Plaintiff shall produce the requested chemotherapy records, redacted as to all information other than her ability to engage in work while undergoing chemotherapy. The redacted records shall be produced no later than **March 22, 2021**.

   b. Defendant may depose plaintiff for an additional 30 minutes time.

   c. Defendant shall produce financial records sufficient to show Avani's revenue for 2017 and 2018, including profit and loss statements, balance sheets, and revenue by client, to the extent not already produced. Such records shall be produced no later than **March 22, 2021**.

This order terminates Docket Nos. 81, 82, and 83.

**IT IS SO ORDERED.**

Dated: March 15, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**